**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| RUBY SAENZ, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 1:18-cv-00156 |
| | § | |
| ANDREW SAUL, COMMISSIONER, | § | |
| SOCIAL SECURITY ADMINISTRATION[1], | § | |
| Defendant. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 12). The R&R recommended this Court (1) grant Andrew Saul's ("Defendant") "Defendant's Motion for Summary Judgment" ("Defendant's MSJ") (Docket No. 11), (2) deny Ruby Saenz's ("Plaintiff") "Plaintiff's Motion for Summary Judgment" ("Plaintiff's MSJ") (Docket No. 10), and (3) affirm Defendant's final decision in Plaintiff's underlying administrative action. Docket No. 12 at 1. Neither Plaintiff nor Defendant objected to the R&R.

After a review of the file for clear error, the R&R is hereby **ADOPTED**. Defendant's MSJ (Docket No. 11) is **GRANTED**, Plaintiff's MSJ (Docket No. 10) is **DENIED**, and Defendant's final decision in Plaintiff's administrative action is **AFFIRMED**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 28th day of August, 2019.

Rolando Olvera
United States District Judge

---

[1]Nancy Berryhill is substituted by Andrew Saul, Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d).